| | |
|---|---|
| The Employment Law Firm<br>Cynthia L. Pollick, LLM<br>I.D. No.: 83826<br>363 Laurel Street<br>Pittston, PA 18640<br>(570) 654-9675 | Attorney for Plaintiff |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MIKE BALOGA,                                :      CIVIL ACTION – LAW
                                      :
       Plaintiff              :      JURY TRIAL DEMANDED
                                      :
v.                                          :
                                      :
PITTSTON AREA SCHOOL           :
DISTRICT, JIM SERINO, Individually,:
                                      :
       Defendants          :      NO.   16-1039

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Mike Baloga, in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the granting of summary judgment to Defendants on January 18, 2018, on Plaintiff's claim for his association with the union and his First Amendment retaliation claim.

                                                                 By: s/ Cynthia L. Pollick
                                                                  Cynthia L. Pollick, Esquire
                                                                  Pa. I.D. No.: 83826
                                                                  363 Laurel Street
                                                                    Pittston, PA 18640
                                                                  (570) 654-9675