UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1344
_____

MIKE BALOGA,
   Appellant

v.

PITTSTON AREA SCHOOL DISTRICT;
JIM SERINO

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(M.D. Pa. No. 3-16-cv-01039)
Honorable Richard P. Conaboy, U.S. District Judge

_____

Argued: October 23, 2018

Before: KRAUSE, COWEN, and FUENTES, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on October 23, 2018.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on January 18, 2018, be and the same is hereby REVERSED in part and AFFIRMED in part, and the case REMANDED to the

District Court for further proceedings.  All of the above in accordance with the Opinion of this Court.  The parties to bear their own costs.

                                          ATTEST:

                                          <u>s/ Patricia S. Dodszuweit</u>
                                          Clerk

DATE: June 25, 2019